IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID MADDEN,<br><br>        Plaintiff,<br>v.<br><br>REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA, a State of Oklahoma constitutionally created governing board; NORTHERN STATE UNIVERSITY, a public university; CARI KELLER, an individual (in her individual and official capacity); PHILLIP BRIDGMON, an individual (in his individual and official capacity),<br><br>        Defendants. | Case No. CIV-13-393-HE |

## RELEASE AND SATISFACTION OF JUDGMENT

The undersigned does hereby acknowledge from David P. Madden, Plaintiff in the above styled and numbered cause, the sum of $2,955.02, the total amount due upon the order taxing costs entered by the Court on March 12, 2015 in favor of the Defendants and against the Plaintiff. Said sum is received and accepted in full payment and satisfaction of any and all liens and claims in said cause and in and to the proceeds of said order, and the undersigned does hereby release, acquit and forever discharge the said David P. Madden from all liability to and demand of the Defendants in respect to said cause, judgment and order.

Respectfully submitted this 2nd day of June, 2015.

s/M. Daniel Weitman
**M. DANIEL WEITMAN, OBA #17412**
**JUSTIN P. GROSE, OBA #31073**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N. E. 21st Street
Oklahoma City, Oklahoma   73105
Tele: (405) 521-4274   Fax: (405) 521-4518
Dan.Weitman@oag.ok.gov
justin.grose@oag.ok.gov
*Attorneys for Defendants/Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day June 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Erin McLaine DeWitt Herndon
320 South Boston Avenue, Suite 1026
Tulsa, OK   74103

Susan E. Huntsman
Crowe & Dunlevy
321 S. Boston, Suite 500
Tulsa, OK   74103
*Attorneys for Plaintiff/Appellant*

s/M. Daniel Weitman
M. Daniel Weitman