FILED
United States Court of Appeals
Tenth Circuit

June 5, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| DAVID P. MADDEN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CARI KELLER, in her individual and official capacity; PHILLIP BRIDGMON, in his individual and official capacity, <br><br> Defendants - Appellees, <br><br> and <br><br> REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA, a State of Oklahoma constitutionally created governing board; NORTHEASTERN STATE UNIVERSITY, a public university, <br><br> Defendants. | No. 15-6008 <br> (D.C. No. 5:13-CV-00393-HE) <br> (W.D. Okla.) |

---

## ORDER

---

The stipulation filed by the parties to dismiss the captioned appeal, which has been construed as a motion for voluntary dismissal is granted. Each party shall bear its own costs.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk