# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | June 05, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

Ms. Erin McLaine DeWitt Herndon
McLaine DeWitt Herndon Law Offices
320 South Boston Avenue, Suite 1026
Tulsa, OK 74103

Ms. Susan Huntsman
Crowe & Dunlevy
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103

Mr. Wilson D. McGarry
Office of the United States Attorney
Western District of Oklahoma
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102

Mr. Justin P Grose
Mr. Martin Daniel Weitman
Office of the Attorney General for the State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105

**RE:** **15-6008, Madden v. Regional University System, et al**
Dist/Ag docket: 5:13-CV-00393-HE

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


EAS/at